1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRUCE BENTON,

12                    Plaintiff,                    No.  2:15-cv-0772 AC P

13           v.

14   EL DORADO COUNTY SHERIFF'S              ORDER
     DEPARTMENT, et al.,
15

16                    Defendants.

17          Plaintiff commenced this action while incarcerated in the El Dorado County Jail.  By

18   order filed September 25, 2017, this court directed plaintiff to complete and return a new

19   application to proceed in forma pauperis, and to inform the court whether he wishes to proceed on

20   his First Amended Complaint (FAC), as construed by the court, or a proposed Second Amended

21   Complaint.  See ECF No. 13.  On November 3, 2017, plaintiff submitted a new application to

22   proceed in forma pauperis on the form used by prisoners, and informed the court that he will

23   proceed on his FAC.  See ECF Nos. 14, 15.  Plaintiff also informed the court that he is no longer

24   in custody.  See ECF No. 15 at 1.

25          Because plaintiff is no longer in custody, he must complete and submit a non-prisoner

26   application to proceed in forma pauperis on the form provided herewith.  See e.g. Adler v.

27   Gonzalez, 2015 WL 4041772, at *1, 2015 U.S. Dist. LEXIS 85909 (E.D. Cal. July 1, 2015),

28   report and recommendation adopted, 2015 WL 4668668, 2015 U.S. Dist. LEXIS 103386 (E.D.

                                            1

1 | Cal. Aug. 6, 2015) (Case No. 1:11-CV-1915 LJO MJS), and cases cited therein.

2 |      Accordingly, IT IS HEREBY ORDERED that:

3 |     1. Within twenty-one days after the filing date of this order, plaintiff shall complete and

4 | file the attached application to proceed forma pauperis used by non-prisoners in this district;

5 | failure to timely submit the completed application will result in the dismissal of this action

6 | without prejudice; and

7 |     2. The Clerk of Court is directed to send plaintiff a blank application to proceed forma

8 | pauperis used by non-prisoners in this district.

9 | DATED: November 8, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE