1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRUCE BENTON,

12                  Plaintiff,                    No.  2:15-cv-0772 AC P

13          v.

14    EL DORADO COUNTY SHERIFF'S                   ORDER
      DEPARTMENT, et al.,
15

16                  Defendants.

17          I.      Introduction

18          Plaintiff is a former state prisoner and former inmate at the El Dorado County Jail (EDCJ)

19    in Placerville, California, who is challenging the conditions of his prior confinement at the

20    EDCJ.[1]  By order filed September 25, 2017, the court accorded plaintiff the option of proceeding

21    on his First Amended Complaint (FAC), as construed by the court pursuant to 28 U.S.C. §

22    1915A, or submitting a proposed Second Amended Complaint (SAC).  See ECF No. 13.  The

23    court provided guidance to plaintiff concerning how to state potentially cognizable claims against

24    additional defendants.  Id. at 3-8.  The court deferred ruling on plaintiff's in forma pauperis

25    _____

26    [1]  Plaintiff filed his original complaint with three other plaintiffs.  See ECF No. 1.  The court
      severed these actions, ECF No. 5, but found them related, ECF No. 6.  Two plaintiffs declined to
27    pursue their separate actions, which were each dismissed without prejudice.  See Case No. 2:15-
      cv-0773 AC P (Anderson), and Case No. 2:15-cv-0774 AC P (Suddeth).  Plaintiff Spears
28    continues to pursue his separate action.  See Case No. 2:15-cv-0165 AC P.

                                              1

application because his place of incarceration was unclear.  Id. at 2.

Plaintiff elected to proceed on his FAC, on his broad failure-to-protect claim against the El Dorado County Sheriff's Department.  However, plaintiff subsequently stated that he would prefer submitting a proposed SAC in an attempt to identify the numerous Doe defendants referenced in the FAC.  Plaintiff will be accorded this option.

Plaintiff has submitted several in forma pauperis applications reflecting ongoing changes in his incarceration status; it appears that plaintiff has occasionally been reincarcerated at the EDCJ, but is otherwise homeless and uses a General Delivery address.  Plaintiff's request to proceed in forma pauperis premised on his unincarcerated status will be granted.

II.        In Forma Pauperis Application

Plaintiff's most recent change of address indicates that he is no longer incarcerated.  See ECF No. 24.[2]  Subsequent communication from plaintiff indicated that he was temporarily reincarcerated but anticipated an imminent release, see ECF No. 25, and he did not file a further change of address.

The court has reviewed the in forma pauperis application submitted by plaintiff when he was unincarcerated, see ECF No. 17, together with plaintiff's other filings referencing his homeless status, see e.g. ECF No. 21 at 2 ("plaintiff is homeless living in a tent and is displaced often losing all of his property upon each arrest (parole violation) including the documents in this action").  The court finds that plaintiff has demonstrated he is unable to prepay fees and costs or give security for them, as required by 28 U.S.C. § 1915(a)(1).  Therefore, plaintiff's request to proceed in forma pauperis will be granted.

////

////

////

_____

[2]  In addition, review of the inmate-locator websites operated by the California Department of Corrections and Rehabilitation (CDCR) and the EDCJ indicate that plaintiff is not incarcerated under the authority of either.  See http://inmatelocator.cdcr.ca.gov/search.aspx and http://edcapps.edcgov.us/sheriff/jail/jail_datalist.asp?start=21  See also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

III.     Further Election

Plaintiff will be again be given a choice between proceeding on his FAC or submitting a proposed Second Amended Complaint (SAC).

As previously explained in the court's screening order, the FAC states a failure-to-protect claim against the El Dorado County Sheriff's Department based on alleged policy, custom and/or practice. If plaintiff wishes to submit a proposed Second Amended Complaint (SAC), in an attempt to expand his failure-to-protect claim against individual defendants and/or to add claims against specific defendants for deliberate indifference to his serious medical needs, he will need to submit the proposed SAC to the court within forty-five (45) days.

Due to plaintiff's homeless status and loss of paperwork, the court will send plaintiff, together with a copy of this order, copies of his FAC (ECF No. 12), and the court's prior screening order (ECF No. 13).[3]

IV.     Conclusion

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis as a pro se litigant, ECF No. 17, is granted.

2. Within forty-five (45) days after service of this order, plaintiff shall:

     a. Complete and return the attached Notice of Election, indicating whether plaintiff intends to proceed on his FAC, or a proposed SAC;

     b. If plaintiff seeks to proceed on a proposed SAC, he shall submit the proposed SAC with the Notice of Election.

3. The following motions are denied as moot: plaintiff's motions for extended time, ECF Nos. 18, 21; plaintiff's motion to proceed in forma pauperis as a jail detainee, ECF No. 22; and plaintiff's motion for acceptance of an uncertified in forma pauperis application, ECF No. 23.

////

---

[3] It appears that the court's screening order incorrectly identified the date of the inmate assault incident as August 28, 2014; although this date is provided in the FAC, see ECF No. 12 at 7:12, the correct date appears to be April 28, 2014, see id. at 7:22 and 9:2; see also ECF No. 1.

4. The Clerk of Court is directed to send plaintiff: (a) a copy of this order; (b) a copy of plaintiff's FAC, ECF No. 12 (14 pages); and (c) a copy of this court's screening order, ECF No. 13 (11 pages).

DATED: September 17, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE BENTON,

              Plaintiff,

     v.

EL DORADO COUNTY SHERIFF'S
DEPARTMENT, et al.,

           Defendants.

No.  2:15-cv-0772 AC P

NOTICE OF ELECTION

     In compliance with the court's order filed _____, plaintiff elects to:

          _____ Proceed on his First Amended Complaint (FAC) against
              defendant El Dorado County Sheriff's Department;

          OR

          _____ Proceed on a proposed Second Amended Complaint (SAC),
              submitted herewith.

_____
Date

_____
Plaintiff