# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BENTON,<br><br>  Plaintiff,<br><br>  v.<br><br>EL DORADO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>  Defendants. | No. 2:15-cv-00772-TLN-AC<br><br>ORDER |

On February 5, 2019, the Court dismissed this case without prejudice due to Plaintiff's failure to prosecute, and entered judgment accordingly. (*See* ECF Nos. 28, 29.) Shortly thereafter, Plaintiff filed objections, a notice of change of address, a request that this case be reopened, and a proposed Second Amended Complaint. (*See* ECF Nos. 30, 31, 32, 33.) Plaintiff states that he is now reincarcerated at the El Dorado County Jail, and explains that he is otherwise homeless, receiving mail at General Delivery which is returned if not picked up after ten days. (ECF No. 30 at 2; ECF No. 31 at 1–2.)

For good cause shown, Plaintiff's request to reopen this case, (ECF No. 31), is GRANTED. The Clerk of Court is directed to vacate this Court's order dismissing this case, (ECF No. 28), and the judgment of dismissal, (ECF No. 29). This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

1

Dated: February 22, 2019

                        Troy L. Nunley
                        United States District Judge