UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE BENTON,

        Plaintiff,

v.

EL DORADO COUNTY SHERIFF'S DEPARTMENT, et al.,

        Defendants.

No. 2:15-cv-0772 TLN AC P

ORDER

Plaintiff is an El Dorado County Jail detainee proceeding pro se and in forma pauperis with this civil rights action. Plaintiff requests verification of this case to justify his requests to use the jail's legal library, services and materials. See ECF No. 38. Good cause appearing, plaintiff's request will be granted.

Additionally, the court notes that, at plaintiff's request, the court previously re-served on him the most recent orders in this case. See ECF No. 37. This order sets a deadline for plaintiff to submit the information necessary for the United States Marshal to serve process on defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for verification of this case, ECF No. 38, is granted;

2. The Clerk of Court is directed to provide plaintiff with a copy of the full docket sheet in this case, together with service of this order;

1

3. The Clerk of Court is further directed to serve a courtesy copy of this order to "Correctional Officer Fox, Jail Inmate Services," at the El Dorado County Jail; and

4. Plaintiff shall, within thirty (30) days after the filing date of this order, submit to the court the information necessary for the United States Marshal to serve process on sole defendant Clingman (see ECF No. 35, re-served April 24, 2019).

SO ORDERED.

DATED: May 1, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE