UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BENTON,<br><br>          Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>          Defendants. | No. 2:15-cv-0772 TLN AC P<br><br>ORDER |

This court recently directed plaintiff, an El Dorado County Jail detainee proceeding pro se, to submit the information necessary for the United States Marshal to serve plaintiff's Second Amended Complaint (SAC) on sole defendant El Dorado County Deputy Sheriff Clingman. See ECF Nos. 35, 39. Plaintiff now requests the court's assistance in obtaining this information from the El Dorado County Sheriff's Office, and requests additional time to submit the information to the court. For good cause shown, IT IS HEREBY ORDERED that:

    1. Plaintiff's motions filed May 6 and May 8, 2019, respectively (ECF Nos. 40 & 41), are granted.

    2. Within thirty (30) days after service of this order, plaintiff shall submit to the court: (1) one completed summons, and (2) one completed USM-285 form.[1]

---

[1] Plaintiff need not provide copies of his SAC; the court will provide the requisite two copies of the seven-page SAC to the United States Marshal.

3. This court requests that the El Dorado County Sheriff, within fourteen (14) days after the filing date of this order, confidentially provide to plaintiff the full name and address of defendant Clingman for purposes of service.

4. The Clerk of Court is directed to provide plaintiff, together with a copy of this order, one blank summons and one blank USM-285 form.

5. The Clerk of Court is further directed to serve a copy of this order on El Dorado County Sheriff John D'Agostini, 300 Fair Lane, Placerville CA 95667.

IT IS SO ORDERED.

DATED: May 9, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE