# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE BENTON, | ) | Case No: 2:15-cv-0772 TLN AC P |
| Plaintiff, | ) ) | [PROPOSED] ORDER SEALING DOCUMENTS |
| vs. | ) ) | |
| COUNTY OF EL DORADO CORRECTIONAL OFFICER CLINGMAN | ) ) ) | |
| Defendant. | ) ) | |

Having reviewed the Request to Seal Documents by Non-Party County of El Dorado, pursuant to Local Rule 141, and good cause appearing therefor;

IT IS HEREBY ORDERED that the "Declaration of Jon Hendrickson in Response to ECF No. 51" is filed and maintained under seal. Only the Court and the parties are permitted access during the pendency of this litigation and, within 30-days of final judgment or dismissal of this action, the document is to be destroyed by the Court.

DATED: July 8, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE