1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRUCE BENTON,                              No.  2:15-cv-0772 TLN AC P

12              Plaintiff,

13         v.                                    ORDER

14    EL DORADO COUNTY SHERIFF'S
      DEPARTMENT, et al.,
15
                Defendants.
16

17

18         Plaintiff requests the voluntary dismissal of this case with prejudice.  See ECF No. 80.

19    Because this case remains related to another pending case, Spears v. El Dorado County Sheriff's

20    Department et al., Case No. 2:15-cv-0165 MCE AC P, the court will dismiss the instant case

21    without prejudice.

22         Accordingly, IT IS HEREBY ORDERED that:

23         1.  Plaintiff's request, ECF No. 80, is granted in part; and

24         2.  This case is dismissed without prejudice, see Fed. R. Civ. P. 41(a)(2).

25    DATED: April 15, 2020

26                                            _____
                                              ALLISON CLAIRE
27                                            UNITED STATES MAGISTRATE JUDGE

28