1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRUCE BENTON,                              No.  2:15-cv-0772 TLN AC P

12              Plaintiff,

13        v.                                     ORDER

14    EL DORADO COUNTY SHERIFF'S
      DEPARTMENT, et al.,
15
                Defendants.
16

17

18        On July 28, 2022, plaintiff filed a motion to vacate order the order that dismissed this

19    case.  ECF No. 82.  This civil rights action was closed on April 16, 2020, pursuant to plaintiff's

20    own notice of voluntary dismissal.  ECF Nos. 80 ("Plaintiff's Notice of Abandonment and

21    Request for Dismissal with Prejudice"), 81 (order granting dismissal without prejudice).  Because

22    the case is closed, the motion will be disregarded.  In addition, plaintiff is advised that no orders

23    will issue in response to future filings.

24    DATED: August 3, 2022

25                                               _____
                                                 ALLISON CLAIRE
26                                               UNITED STATES MAGISTRATE JUDGE

27

28